# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian L. Holler                                     CHAPTER 7
           Danielle N. Holler
                         Debtor(s)                         BKY. NO. 20-22207 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ Brian C. Nicholas
                                       Brian Nicholas
                                       05 Oct 2020, 09:40:37, EDT

                                       Brian C. Nicholas, Esquire
                                       Attorney I.D. No. 317240
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       bkgroup@kmllawgroup.com